KENNETH E. HOPKINS, EXECUTOR OF THE ESTATE OF CLAIRE TOWNE, DECEASED, PLAINTIFF-RESPONDENT AND KENNETH E. HOPKINS, EXECUTOR OF THE ESTATE OF JAY H. TOWNE, DECEASED, PLAINTIFF-INTERVENOR-RESPONDENT, v. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, DEFENDANT-PETITIONER.

*Messrs. Gelman & Gelman* and *Mr. Paul Seligman* for the petitioner.

*Messrs. Hughes, McElroy, Connell, Foley & Geiser, Mr. Kenneth F. Kunzman, Messrs. Nolan & Lynes* and *Mr. James M. Bell* for the respondents.

April 14, 1970. Denied.

BOARD OF HEALTH OF THE TOWNSHIP OF SCOTCH PLAINS, PLAINTIFF-RESPONDENT, v. JOHN PINTO, DEFENDANT-PETITIONER.

See same case below: 108 *N. J. Super.* 349.

*Mr. Harry Kay* for the petitioner.

*Mr. James J. Walsh* for the respondent.

April 14, 1970. Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. LLOYD R. NEFF, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mrs. Mary Aurigemma* for the petitioner.

*Mr. Charles M. Egan, Jr.* and *Mr. Sheldon M. Simon* for the respondent.

April 14, 1970. Denied.